IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOSSEIN KAVEH, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00291-AMA-DAO<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Daphne A. Oberg on January 3, 2025, recommending the Court grant in part and deny in party Defendant Starbucks Corporation's Motion to Dismiss.[1]

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2] No party has filed any objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts the recommendation, finding Plaintiffs have not adequately pled claims of disability and religious discrimination. Plaintiffs' Complaint fails to specify their theory of disability discrimination and to allege facts to support any theory of disability discrimination for the reasons set forth in detail by the Magistrate Judge. Likewise, Plaintiffs' religious discrimination claims fail because they do not allege the religion of any comparator.

---

[1] *See* Mot. Dismiss (ECF No. 8).

[2] *See* Report and Recommendation (ECF No. 24).

## ORDER

Based on the foregoing, the Court ADOPTS the Report and Recommendation and DISMISSES:

- Plaintiffs' disability discrimination claim under Title III of the Americans with Disabilities Act; and

- Plaintiffs' religious discrimination claims under Title II of the Civil Rights Act and the Utah Civil Rights Act.

The remaining requests in Defendant's Motion to Dismiss (ECF No. 8) are DENIED.

DATED this 24th day of January 2025.   By the Court:

Ann Marie McIff Allen
United States District Judge